IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED

DEC 1 3 2012

Clerk, U.S. District Court
By: _____ Deputy Clerk

Reuben Madrigal ) 
)
4641 West 6th Street, Apt F-10 )
)
Lawrence, KS 66049 )
(Enter above the full name of the Plaintiff(s)) )
)
vs. ) Case Number: 12-4164-JTM/KGS
)
Ingredient Restaurant )
Name )
947 Massachusetts )
Street and number )
Lawrence, KS        66044 )
City     State     Zip Code )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.   Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on an attached sheet of paper).

A.   Name of plaintiff  Ingredient Restaurant

Address  947 Massachusetts

Lawrence, KS  66044

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant __Nick Wysong, Owner/Partner__ is

employed at __Ingredient Restaurant__

__947 Massachusetts, Lawrence, KS  66044__

C. Additional Defendants __Taj Heckler, General Manager__

__Ingredient Restaurant.  Moses, Shift Manager, Ingredient Restaurant.__

__Octivo Cortez, kitchen cook, Ingredient Restaurant__

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of __Kansas__ .

2. The first-named defendant above is either

   a. a citizen of the State of __Kansas__ ; or

   b. a corporation incorporated under the laws of the State of __Kansas__ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

   a. a citizen of the State of __Kansas__ ; or

   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for

2

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

    1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article____, Section____; Statute, US Code, Title____, Section____.

    ✓ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

    3. Other grounds (specify and state any statute which gives rise to such grounds):

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

I allege I was harassed by the co-owner, managers and my co-workers because of my disability and nation origin. My disability is post traumatic stress symdrome, and i had informed Nick Wysong of this and had been abused as a child and an adult by my ~~father. When i reported many incidents of being traumatically taken by suprise by~~ employees coming up from behind me and making loud noises because they knew i could not hear in my right ear and would get startled, leaving me shaken and startled. Nick Wysong would do nothing. Nick Wysong said to put earphones on and don't take them off. He wanted the problem to do away and he would not hear me compailn.

3

I told the Owner and President about how Taj Heckler was not treating me right; making it very incomfortable to me at work; treating me differently. Aluminum chairs was stacked so tightly that i had great difficulty getting them apart to set theings up for the restaurant to open. My complaints were never responded to Nick Wysong, about this harrassment from Taj Heckler. I requested that the owner Steve make Taj quit harrassing me. Steve's response was, do i want a raise. Up until the last day i was employer at Ingredient, the 31 of August, 2012, the harrassment continued to occur.

There was a period of almost fourn months when Taj Heckler know the vacuum cleaner had brocken and a new one was needed because i was having to use a broom and dustpan, which was very painful on my wrists and i was told by him that he had one on order. It does not take four months to get a vacuum cleaner that's been ordered.

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

Monetary compensation for pain and suffering.

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?   Yes [ ]   No [✓]

VI. Do you claim actual damages for the acts alleged in your complaint?   Yes [✓]   No [ ]

VII. Do you claim punitive monetary damages? Yes [✓]   No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

$75,000.00 due to the basis of my complaint, explained above, and the unresponsiveness of Nick Wysong to my complaints of harrassment from other employees.

4

VIII. Administrative Procedures:

    A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [✓] No [ ]

    B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

> I filed a disability and national origin based discrimination complaint with Equal Employment Opportunity Commission (EEOC). EEOC issued a letter of "no finding. . This does not certify that the respondent is in compliance with the statutes."
> I filed a disability and national origin based discrimination complaint with the Kansas Human Rights Commission (KHRC). I am not aware of any investigation of this compaint by KHRC.

    C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

> EEOC did not eloborate on this finding. EEOC issued a right to sue letter.

IX. Related Litigation:

Please mark the statement that pertains to this case:

    _____ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

    ✓ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

*Reuben Madrigal*
Signature of Plaintiff

Reuben Madrigal
Name (Print or Type)

4641 West 6th Street, Apt. F-10
Address

Lawrence, KS       66049
City      State     Zip Code

785-331-7104  (cell phone)
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ☐ Wichita, ☐ Kansas City  or  ☑ Topeka , Kansas as the location for the
(check one location)
trial in this matter.

*Reuben Madrigal*
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury   ☐ yes   ☑ no .
(check one)

*Reuben Madrigal*
Signature of Plaintiff

Dated: 12/11/2012
(Rev. 8/07)

6

## Additional Information

C. Additional Defendants (Continued from page 2)

Taj Heckler is a citizen of the State of Kansas.

Moses, Shift Manager at Ingredient, is a citizen of the State of Florida.

Octivo Cortez, cook, is not a citizen. He's from Mexico.