## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| REUBEN MADRIGAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INGREDIENT RESTAURANT, *et al.* )<br>)<br>Defendants. )<br>_____) | Case No. 5:12-CV-04164-JTM/KGS |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Stipulation and Joint Motion for Dismissal (Doc. 18), the Court finds that this matter should be, and the same hereby is, dismissed with prejudice, with all parties to bear their own attorneys' fees, costs, and other expenses of litigation.

IT IS SO ORDERED this 23rd day of January, 2013.

                                        s/ J. Thomas Marten
                                        Honorable J. Thomas Marten
                                        United States District Court Judge